# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Conroy, John M. | 2. Court or Organization<br><br>U.S. District Court-District of Vermont | 3. Date of Report<br><br>05/02/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Post Office and Courthouse
Box 836
Burlington VT 05401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 05/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Catholic Diocese of Vermont-salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Bar Assn. | March 26-27, 2012 | New York, NY | Federal Judiciary Dinner | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 05/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vermont Federal Credit Union | A | Interest | K | T | | | | | |
| 2. Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 3. land-Jackson Co. (CO) | | None | K | W | | | | | |
| 4. Brokerage account # 1: | | | | | | | | | |
| 5. ABB Ltd common stock | A | Dividend | | | Sold | 07/28/11 | J | B | |
| 6. Thermo Fischer scientific common stock | A | Dividend | J | T | | | | | |
| 7. WalMart de Mexico common stock | A | Dividend | | | Sold | 07/27/11 | J | C | |
| 8. Anadarko Petroleum common stock | A | Dividend | J | T | Sold (part) | 07/21/11 | J | A | |
| 9. Continental Resources common stock | A | Dividend | J | T | | | | | |
| 10. EQT Corp common stock | A | Dividend | J | T | | | | | |
| 11. Petrohawk Energy Corp. common stock | A | Dividend | | | Sold | 05/10/11 | J | A | |
| 12. Northern Oil and Gas common stock | A | Dividend | J | T | Buy | 10/11/11 | J | | |
| 13. Southwestern Energy Corp common stock | A | Dividend | J | T | Sold (part) | 11/07/11 | J | A | |
| 14. Venoco Inc. common stock | A | Dividend | J | T | Buy | 04/27/11 | J | | |
| 15. | | | | | Sold (part) | 11/14/11 | J | A | |
| 16. Wells Fargo common stock | A | Dividend | | | Sold | 04/21/11 | J | A | |
| 17. Mastercard Inc. common stock | A | Dividend | J | T | Sold (part) | 01/04/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Tower group Inc. common stock | A | Dividend | | | Sold | 07/27/11 | J | A | |
| 19. Willis Group Holdings common stock | A | Dividend | J | T | Buy | 04/15/11 | J | | |
| 20. AON Corp common stock | A | Dividend | | | Sold | 04/05/11 | J | B | |
| 21. Berkshire Hathaway class B common stock | A | Dividend | J | T | | | | | |
| 22. Celgene Corp common stock | A | Dividend | J | T | Sold (part) | 01/04/11 | J | A | |
| 23. Express Scripts common stock | A | Dividend | J | T | | | | | |
| 24. Mylan Inc. common stock | A | Dividend | | | Sold | 03/28/11 | J | A | |
| 25. Johnson & Johnson common stock | A | Dividend | | | Sold | 03/09/11 | J | A | |
| 26. Intuitive Surgical Common stock | A | Dividend | J | T | | | | | |
| 27. IDEXX Labs commonstock | A | Dividend | J | T | Sold (part) | 01/04/11 | J | A | |
| 28. Quidel Corp common stock | A | Dividend | J | T | | | | | |
| 29. Stillwater Mining Co. common stock | A | Dividend | J | T | Buy | 02/09/11 | J | | |
| 30. | | | | | Sold (part) | 10/11/11 | J | A | |
| 31. Brookdale Senior Living common stock | A | Dividend | J | T | | | | | |
| 32. Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 33. Citrix Systems Inc. common stock | A | Dividend | J | T | Sold (part) | 05/20/11 | J | A | |
| 34. Google Inc. class A common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Analog Devices common stock | A | Dividend | J | T | | | | | |
| 36. ARM Holdings PLC-SPONS ADR | A | Dividend | J | T | Buy | 01/01/11 | J | | |
| 37. Expeditors Int'l Inc. common stock | A | Dividend | J | T | | | | | |
| 38. Verizon Comm'n Inc. common stock | A | Dividend | J | T | Sold (part) | 02/24/11 | J | A | |
| 39. Western Asset Credit bond mutual fund #227 | A | Distribution | K | T | Buy | 08/18/11 | K | | |
| 40. Pine Brook CO Water district bonds | A | Interest | K | T | | | | | |
| 41. State of Colorado Cultural Facilites bond | A | Interest | J | T | | | | | |
| 42. Fremont County CO bonds | A | Interest | K | T | | | | | |
| 43. State of Colorado CTFS bonds | A | Interest | J | T | | | | | |
| 44. Canaval Hill Tax Free money market account | A | Interest | J | T | | | | | |
| 45. Allegheny Technologies Inc. common stock | A | Dividend | | | Buy | 01/07/11 | J | | |
| 46. | | | | | Sold | 12/19/11 | J | A | |
| 47. Cummins Inc. common stock | A | Dividend | | | Buy | 01/07/11 | J | | |
| 48. | | | | | Sold | 12/19/11 | J | A | |
| 49. Trust #1 (income beneficiary): | | | | | | | | | |
| 50. ABB Ltd. coomom stock | A | Dividend | | | Sold | 07/28/11 | J | A | |
| 51. Emerson Electric common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Thermo Fisher Scientific common stock | A | Dividend | J | T | | | | | |
| 53. Wal Mart de Mexico common stock | A | Dividend | | | Sold | 07/27/11 | K | D | |
| 54. Emeritus Corp common stock | A | Dividend | | | Sold | 07/27/11 | J | B | |
| 55. Continental Resources common stock | A | Dividend | J | T | | | | | |
| 56. EQT Corp common stock | A | Dividend | J | T | | | | | |
| 57. Northern Oil and Gas common stock | A | Dividend | J | T | Buy | 10/11/11 | J | | |
| 58. Newfield Exploration common stock | A | Dividend | | | Sold | 10/26/11 | J | A | |
| 59. Petrohawk Energy common stock | A | Dividend | | | Sold | 05/10/11 | J | B | |
| 60. Southwestern Energy Corp common stock | A | Dividend | J | T | | | | | |
| 61. Venoco Inc. common stock | A | Dividend | J | T | Buy | 10/11/11 | J | | |
| 62. Wells Fargo common stock | A | Dividend | | | Sold | 04/21/11 | J | B | |
| 63. Mastercard Inc. common stock | A | Dividend | | | Sold | 01/04/11 | J | A | |
| 64. Tower Inc. common stock | A | Dividend | | | Sold | 07/27/11 | J | A | |
| 65. AON corp common stock | A | Dividend | | | Sold | 05/04/11 | J | A | |
| 66. Willis Holding Group Inc. | A | Dividend | J | T | Buy | 04/15/11 | J | | |
| 67. Berkshire Hatthaway class B common stock | A | Dividend | J | T | | | | | |
| 68. Celgenne Corp common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Express Scripts Inc. common stock | A | Dividend | J | T | | | | | |
| 70. Mylan Inc. common stock | A | Dividend | | | Sold | 07/28/11 | J | A | |
| 71. TEVA Pharma common stock | A | Dividend | | | Sold | 03/09/11 | J | A | |
| 72. Johnson & Johnson common stock | A | Dividend | | | Sold | 03/09/11 | J | A | |
| 73. Intuitive Surgical inc. common stock | A | Dividend | J | T | | | | | |
| 74. IDEXX Labs Inc. common stock | A | Dividend | K | T | | | | | |
| 75. Quidel Inc. common stock | A | Dividend | J | T | | | | | |
| 76. Stillwater Mining Inc. common stock | A | Dividend | J | T | Buy | 02/09/11 | J | | |
| 77. | | | | | Sold (part) | 10/11/11 | J | A | |
| 78. Brookdale Senior Living common stock | A | Dividend | J | T | | | | | |
| 79. Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 80. Citrix Systems Inc. common stock | A | Dividend | K | T | Sold (part) | 05/20/11 | J | A | |
| 81. Google Class A common stock | A | Dividend | J | T | | | J | | |
| 82. Analog Devices common stock | A | Dividend | J | T | | | | | |
| 83. Expeditors Intl Inc. common stock | A | Dividend | J | T | | | | | |
| 84. ARM Holdings PLC-Spons ADR | A | Dividend | J | T | Buy | 08/11/11 | J | | |
| 85. Verizon Comm'n common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Western Asset Cre. BD Port-1 mutual fund #227 | A | Distribution | L | T | Buy | 08/18/11 | J | | |
| 87. Pinebrook CO Water District bond | A | Interest | K | T | | | | | |
| 88. Grand County CO Library District bond | A | Interest | J | T | | | | | |
| 89. Fremont County CO bond | A | Interest | K | T | | | | | |
| 90. E-470 Public Highway Auth CO Bond | A | Interest | J | T | | | | | |
| 91. Morgan & Wash. County CO SD bond | A | Interest | J | T | | | | | |
| 92. Colorado State Bond CTFS | A | Interest | K | T | | | | | |
| 93. Black Hawk CO Tax Rev Bond | A | Interest | J | T | | | | | |
| 94. Interlocken Metro District CO bond | A | Interest | J | T | | | | | |
| 95. Cavanal Hill Tax Free Money market acct | A | Interest | J | T | | | | | |
| 96. Venoco Inc. common stock | A | Dividend | | | Buy | 04/27/11 | J | | |
| 97. | | | | | Sold | 11/15/11 | J | A | |
| 98. Allegheny Technologies Inc. common stock | A | Dividend | | | Buy | 01/07/11 | J | | |
| 99. | | | | | Sold | 12/19/11 | J | A | |
| 100. Cummins Inc. common stck | A | Dividend | | | Buy | 01/07/11 | J | | |
| 101. | | None | | | Sold | 12/19/11 | J | A | |
| 102. Trust #2 (income beneficiary): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ABB Ltd. coomon stock | A | Dividend | | | Sold | 07/28/11 | J | A | |
| 104. Thermo Fischer Scientific common stock | A | Dividend | J | T | | | | | |
| 105. Wal mart de Mexico common stock | A | Dividend | | | Sold | 07/27/11 | J | A | |
| 106. Anadarko Petroleum common stock | A | Dividend | J | T | | | | | |
| 107. Continental Resources common stock | A | Dividend | J | T | | | | | |
| 108. EQT Inc. common stock | A | Dividend | J | T | | | | | |
| 109. Newfield Exploration common stock | A | Dividend | | | Sold | 10/26/11 | J | A | |
| 110. Southwestern Energy Corp common stock | A | Dividend | J | T | | | | | |
| 111. Venoco Inc. common stock | A | Dividend | | | Buy | 04/27/11 | J | | |
| 112. | | | | | Sold | 11/14/11 | J | A | |
| 113. Wells Fargo common stock | A | Dividend | | | Sold | 04/21/11 | J | A | |
| 114. Mastercard Inc. common stock | A | Dividend | | | Sold | 01/04/11 | J | A | |
| 115. Tower Inc. common stock | A | Dividend | | | Sold | 07/27/11 | J | A | |
| 116. AON Corp common stock | A | Dividend | | | Sold | 04/05/11 | J | A | |
| 117. Willis Holdings Group common stock | A | Dividend | J | T | Buy | 04/15/11 | J | | |
| 118. Berkshire Hathaway Class B common stock | A | Dividend | J | T | | | | | |
| 119. Celgene Corp common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Express Scripts Inc. common stock | A | Dividend | J | T | | | | | |
| 121. Mylan Inc. common stock | A | Dividend | | | Sold | 07/28/11 | J | A | |
| 122. TEVA Pharma common stock | A | Dividend | | | Sold | 03/09/11 | J | A | |
| 123. Johnson & Johnson common stock | A | Dividend | | | Sold | 03/09/11 | J | A | |
| 124. Intuitive Surgical Inc. common stocck | A | Dividend | J | T | | | | | |
| 125. IDEXX Labs Inc. common stock | A | Dividend | J | T | | | | | |
| 126. Quidel Corp. common stock | A | Dividend | J | T | | | | | |
| 127. Stillwater Mining common stock | A | Dividend | J | T | Buy | 02/09/11 | J | | |
| 128. | | | | | Sold (part) | 10/11/11 | J | A | |
| 129. Brookdale Senior Living Inc. common stock | A | Dividend | J | T | | | | | |
| 130. Apple Inc. common stock | A | Dividend | J | T | | | J | | |
| 131. Citrix Systems Inc. common stock | A | Dividend | J | T | Sold (part) | 05/20/11 | J | A | |
| 132. Google Class A common stock | A | Dividend | J | T | | | | | |
| 133. Analog Devices Inc. common stock | A | Dividend | J | T | | | | | |
| 134. ARM Holdings PLC-Spon ADR | A | Dividend | J | T | Buy | 08/11/11 | J | | |
| 135. Expeditors Intern'l Inc. common stock | A | Dividend | J | T | | | | | |
| 136. Verizon Comm'n Inc. common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Western Asset Cre. BD Port-1 mutual fund | A | Distribution | J | T | Buy | 08/18/11 | J | | |
| 138. Pinebrook Water district CO bond | A | Interest | J | T | | | | | |
| 139. Colorado. Ed. & Cultural Facilities Bond | A | Interest | J | T | | | | | |
| 140. El Paso County CO bond | A | Interest | J | T | | | | | |
| 141. Grand County Lib. District CO bond | A | Interest | J | T | | | | | |
| 142. E-470 Highway Auth CO bond | A | Interest | J | T | | | | | |
| 143. Colorado State CTFS muni bond | A | Interest | J | T | | | | | |
| 144. Black Hawk CO Tax Rev Bond | A | Interest | J | T | | | | | |
| 145. Interlocken Metro Dist. CO bond | A | Interest | J | T | | | | | |
| 146. Cavanal Hill Tax Free Money Market acct | A | Interest | J | T | | | | | |
| 147. Allegheny Technologies Inc. common stock | A | Dividend | | | Buy | 01/07/11 | J | | |
| 148. | | | | | Sold | 12/19/11 | J | A | |
| 149. Cummins Inc. common stock | A | Dividend | | | Buy | 07/21/11 | J | | |
| 150. Cummins Inc. common stock | A | Dividend | | | Sold | 12/19/11 | J | A | |
| 151. IRA acct ▢ : | | | | | | | | | |
| 152. Berkshire Hathaway class B common stock | A | Dividend | J | T | | | | | |
| 153. Jensen Quality Growth mutual fund | A | Distribution | K | T | Buy | 01/31/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Jensen Quality Growth mutual fund | A | Distribution | J | T | Buy (add'l) | 11/18/11 | J | | |
| 155. Sequoia mutual fund | A | Distribution | K | T | Buy | 02/24/11 | J | | |
| 156. Schwab Cash Reserve money market account | A | Interest | J | T | | | | | |
| 157. Bank of America CD | A | Interest | | | Matured | 02/14/11 | J | A | |
| 158. IRA acct. ▨ : | | | | | | | | | |
| 159. GE Capital Bank CD | A | Interest | | | Matured | 07/11/11 | J | A | |
| 160. Schwab Cash Reserve Money Market account | A | Interest | J | T | | | | | |
| 161. Berkshire Hathaway class B common stock | A | Interest | J | T | | | | | |
| 162. Fidelity Contra Fund | A | Int./Div. | J | T | | | | | |
| 163. Fidelity Value Fund | A | Int./Div. | | | Sold | 01/31/11 | J | A | |
| 164. T Rowe Price Growth Fund | A | Int./Div. | J | T | | | | | |
| 165. T Rowe Price New Horizons Fund | A | Int./Div. | | | Sold | 01/31/11 | K | B | |
| 166. Jensen Quality Growth mutual fund | A | Distribution | J | T | Buy | 02/23/11 | J | | |
| 167. Sequoia Fund mutual fund | A | Distribution | J | T | Buy | 02/23/11 | J | | |
| 168. Vanguard Wellington Fund | A | Int./Div. | J | T | | | | | |
| 169. Vanguard Windsor II Fund | A | Int./Div. | J | T | | | | | |
| 170. Brokerage acct #3: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Berkshire Hathaway class B common stock | A | Dividend | J | T | | | | | |
| 172. GE Money Bank Cert. of Deposit | A | Interest | | | Buy | 01/18/11 | K | | |
| 173. | | | | | Matured | 04/21/11 | K | A | |
| 174. Sovereign Bank CD | A | Interest | | | Buy | 03/15/11 | J | | |
| 175. | | | | | Matured | 06/09/11 | J | A | |
| 176. Bank of India CD | A | Interest | J | T | Buy | 07/13/11 | J | | |
| 177. Schwab money market acct | A | Interest | J | T | | | | | |
| 178. US Savings Bonds | A | Interest | K | T | | | | | |
| 179. Vanguard S&P 500 Index fund | A | Int./Div. | J | T | | | | | |
| 180. Brokerage acct #4: | | | | | | | | | |
| 181. Berkshire Hathaway class B common stock | A | Dividend | J | T | | | | | |
| 182. Fidelity Value Mutual Fund | A | Int./Div. | J | T | | | | | |
| 183. Vanguard Windsor II Mutual Fund | A | Int./Div. | J | T | | | | | |
| 184. Mesa County CO muni Bond | A | Interest | | | Matured | 12/11/11 | J | B | |
| 185. Ally Bank CD | A | Interest | | | Matured | 03/18/11 | J | A | |
| 186. Beal Bank CD | A | Interest | | | Matured | 03/16/11 | J | A | |
| 187. American Express Bank CD (not same asset as line 210) | A | Interest | | | Matured | 03/16/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Wilmington Bank CD | A | Interest | | | Matured | 03/16/11 | J | A | |
| 189.  GE Money Bank CD | A | Interest | | | Matured | 07/21/11 | J | A | |
| 190.  GE Money Bank CD | A | Interest | | | Buy | 01/18/11 | J | | |
| 191.  GE Money Bank CD (asset from line above)) | A | Interest | | | Matured | 07/21/11 | J | A | |
| 192.  Wilmington Bank CD | A | Interest | | | Matured | 07/21/11 | J | A | |
| 193.  Sovereign Bank CD | A | Interest | J | T | Buy | 03/09/11 | J | | |
| 194.  GE Money Bank CD | A | Interest | J | T | Buy | 04/01/11 | J | | |
| 195.  Beal Bank CD | A | Interest | J | T | Buy | 04/11/11 | J | | |
| 196.  Bank of India CD | A | Interest | J | T | Buy | 07/13/11 | J | | |
| 197.  GE Capital Retail Bank CD | A | Interest | J | T | Buy | 11/17/11 | J | | |
| 198.  Bank of China CD | A | Interest | J | T | Buy | 11/17/11 | J | | |
| 199.  Charles Schwab Cash sweep acct | A | Interest | J | T | | | | | |
| 200.  403(b) plan ▓▓▓ : | | | | | | | | | |
| 201.  TIAA-CREF Growth Stock Fund | A | Int./Div. | K | T | Buy (add'l) | 03/31/11 | J | | |
| 202. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 203. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 204. | | | | | Buy (add'l) | 12/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. TIAA-CREF Equity stock Fund | A | Int./Div. | K | T | Buy (add'l) | 03/31/11 | J | | |
| 206. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 207. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 208. | | | | | Buy (add'l) | 12/31/11 | J | | |
| 209. TIAA-CREF Stock Fund | A | Int./Div. | K | T | Buy (add'l) | 03/30/11 | J | | |
| 210. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 211. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 212. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 213. John Hancock Blue Chip Growth Fund | A | Int./Div. | K | T | Buy (add'l) | 03/31/11 | J | | |
| 214. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 215. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 216. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 217. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 05/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Conroy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544